MCGREGOR W. SCOTT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00175-DAD |
|---|---|
| Plaintiff, | STIPULATION TO SET CHANGE OF PLEA HEARING AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| EMMANUELLE EDUARDO PADILLA, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on February 24, 2020.

2. By this stipulation, defendant now moves to schedule a change of plea hearing on March 16, 2020, which will take place after the period of excludable time. The parties therefore move to have the change of plea hearing scheduled for March 16, 2020 at 10 a.m., and to exclude time as to defendant Emmanuelle Eduardo Padilla through March 16, 2020 for the reasons set forth below.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes documents and other items. This discovery has been produced to counsel.

   b) Counsel for defendant desires additional time to consult with his client about recently produced discovery and to prepare for the change of plea hearing.

1

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 18, 2020          McGREGOR W. SCOTT
                                  United States Attorney

                                  /s/ STEPHANIE M. STOKMAN
                                  STEPHANIE M. STOKMAN
                                  Assistant United States Attorney

Dated: February 18, 2020          /s/ DOUGLAS FOSTER
                                  DOUGLAS FOSTER
                                  Counsel for Defendant
                                  EMMANUELLE EDUARDO
                                  PADILLA

**ORDER**

Pursuant to the parties' stipulation and good cause shown, IT IS HEREBY ORDERED that the status conference, currently set for February 24, 2020, is hereby vacated and a change of plea hearing is set for March 16, 2020 at 10:00 a.m. before the Honorable Dale A. Drozd, and that the time period between February 24, 2019, and March 16, 2020, inclusive, is excluded from the calculation under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(i) and (iv) for the reasons stated in the parties' stipulation.

IT IS SO ORDERED.

Dated: **February 18, 2020**

UNITED STATES DISTRICT JUDGE

3