**Douglas C. Foster SBN# 205674**
**Law Office of Douglas C. Foster**
**139 W, El Portal Dr; Suite D**
**Merced, California 95348**
**Telephone (209) 691-7280**
**Facsimile (209) 691-7290**

Attorney for Defendant EMMANUELLE PADILLA

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 1:19-CR-00175-DAD |
| Plaintiff, | |
| vs. | **ORDER OF RELEASE** |
| EMMANUELLE PADILLA, | |
| Defendant. | |

    The sentencing hearing having been continued due to the defendant having been accepted to the Central Valley Teen Challenge inpatient treatment facility located in Reedley, California, the defendant shall be released on Monday, November 23, 2020 at 8:00a.m. to an authorized representative of the Central Valley Teen Challenge Program.  The defendant is ordered to appear for sentencing on November 29, 2021.

    Defendant is also ordered to continue to participate in that program until otherwise ordered by the court and that if he departs or is removed from that program prior to completion, he is to immediately contact the Pretrial Services Office of this court.

IT IS SO ORDERED.

Dated:  **November 19, 2020**　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

-1-