**Douglas C. Foster SBN# 205674**
**Law Office of Douglas C. Foster**
**139 W, El Portal Dr; Suite D**
**Merced, California 95348**
**Telephone (209) 691-7280**
**Facsimile (209) 691-7290**

Attorney for Defendant EMMANUELLE PADILLA

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No.  1:19-CR-00175-DAD BAM |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER RELEASING DEFENDANT ON PRE-TRIAL SERVICES SUPERVISION** |
| EMMANUELLE PADILLA, | |
| Defendant. | |

    The sentencing hearing having been continued due to the defendant having been accepted to the Central Valley Teen Challenge inpatient treatment facility located in Reedley, California, the defendant shall be released on Monday, December 7, 2020 at 8:00am to an authorized representative of the Central Valley Teen Challenge Program. The defendant is ordered to appear for sentencing on November 29, 2021.

    The defendant is therefore released on Pretrial Services Supervision under the following terms and conditions:

1. He must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. He must report as directed to the Pretrial Services Agency on the first working day following his release from custody;

3. He must participate in the substance abuse treatment program at Teen Challenge inpatient facility, and comply with all the rules and regulations of the program. He must remain at the inpatient facility until released by the pretrial services officer; A responsible party, approved by Pretrial Services, must escort you to all required court hearings and escort you back to the inpatient facility upon completion of the hearing;

4. He must cooperate in the collection of a DNA sample;

5. He must restrict his travel to Eastern District of California unless otherwise approved in advance by the pretrial services officer;

6. He must not apply for or obtain a passport or any other travel documents during the pendency of this case;

7. He must not possess, have in his residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, he must provide written proof of divestment of all firearms/ammunition currently under his control;

8. He must refrain from any use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and he must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may _not_ be used;

9. He must submit to drug and/or alcohol testing as approved by the pretrial services officer. He must pay all or part of the costs of the testing services based upon his ability to pay, as determined by the pretrial services officer;

10. He must report any contact with law enforcement to his pretrial services officer within 24 hours;

11. Upon successful completion of Teen Challenge je must reside at an address approved by Pretrial Services and he must not change his residence or absent himself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

12. Upon completion of the residential program, he must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.  He must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

13. His release on bond will be delayed until November 23, 2020 at 8:00 a.m. to a representative of the Central Valley Teen Challenge Program for transportation directly to Teen Challenge.

**IT IS SO STIPULATED BY:**

Dated: 12/3/2020         _____/s/_____
                         Douglas C. Foster
                         LAW OFFICES OF DOUGLAS C. FOSTER
                         Attorneys for Emmanuelle Padilla

Dated: 12/3/20           _____/s/_____
                         Stephanie Stokman
                         ASSISTANT UNITED STATES ATTORNEY

**ORDER**

IT IS SO ORDERED.

Dated:   **December 3, 2020**         _____Dale A. Drozd_____
                                      UNITED STATES DISTRICT JUDGE