DOUGLAS C. FOSTER, CA #205674
Law Offices of Douglas C. Foster
139 W. El Portal Dr.; Suite D
Merced, CA 95348
Telephone: (209) 691-7280
Fax: (209) 691-7290

Attorney for Defendant
EMMANUELLE PADILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-CR-00175-DAD |
| Plaintiff, | |
| vs. | |
| EMMANUELLE PADILLA<br>Defendant. | **STIPULATION AND PROPOSED ORDER** |

TO:   PHILLIP A. TALBERT, ACTING UNITED STATES ATTORNEY, AND STEPHANIE STOKMAN, COUNSEL FOR PLAINTIFF:

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the sentencing hearing in the above-captioned matter now set for May 3, 2021 may be continued to August 16, 2021 at 9:30 a.m.

Defendant is currently enrolled in the Central Valley Teen Challenge drug and alcohol rehabilitation program in Reedley, California. Mr. Padilla is performing very well. (See Exhibit A, attached hereto.) Per the Court's order of February 9, 2021 the parties therefore seek to continue the status hearing while Mr. Padilla continues to participate in treatment.

Counsel for government and the assigned USPO have no objection to the requested date. As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

DATED: 4/19/21

/s/ Stephanie Stokman
STEPHANIE STOKMAN
Assistant United States Attorney
Attorney for Plaintiff

DATED: April 19, 2021

/s/ Douglas C. Foster
DOUGLAS C. FOSTER
Law Offices of Douglas C. Foster
Attorney for Defendant
EMMANUELLE PADILLA

## **O R D E R**

IT IS SO ORDERED that the sentencing hearing in the above-captioned case shall be continued to August 16, 2021 at 10:00 a.m.

DATED: April 19, 2021

HON. DALE A. DROZD
United States District Court Judge