PHILLIP A. TALBERT
Acting United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EMMANUELLE PADILLA,<br><br>Defendant. | CASE NO. 1:19-CR-00175-DAD<br><br>STIPULATION AND ORDER<br><br>DATE: August 16, 2021<br>TIME:<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for update on August 16, 2021.

2. By this stipulation, defendant now moves to vacate the status date and confirm the sentencing date of November 29, 2021.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Mr. Padilla has been participating in Teen Challenge since December 7, 2020.

   b) A progress report of Mr. Padilla's participation is attached hereto, and Mr. Padilla continues to do well in the program.

   c) The parties request the August 16, 2021 status date be vacated given the above information, and confirm the November 29, 2021 sentencing date.

   d) Defense does not object to the continuance.

1

    e)  The government does not object to the continuance.

 IT IS SO STIPULATED.

Dated:  August 8, 2021          PHILLIP A. TALBERT
                   Acting United States Attorney

                   /s/ STEPHANIE M. STOKMAN
                   STEPHANIE M. STOKMAN
                   Assistant United States Attorney

Dated:  August 8, 2021          /s/ DOUGLAS FOSTER
                   DOUGLAS FOSTER
                   Counsel for Defendant
                   Emmanuelle Padilla

**FINDINGS AND ORDER**

 Status conference set for August 16, 2021 is vacated and November 29, 2021 sentencing hearing is confirmed.  Probation to submit an updated presentence report to the court by November 15, 2021.

IT IS SO ORDERED.

 Dated:  **August 9, 2021**         _____
                   UNITED STATES DISTRICT JUDGE