1  PHILLIP A. TALBERT
    United States Attorney
2  ARIN C. HEINZ
    Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
    Fresno, CA 93721
4  Telephone: (559) 497-4000
    Facsimile: (559) 497-4099
5
6  Attorneys for Plaintiff
    United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>            v.<br><br>EMMANUELLE PADILLA,<br><br>                    Defendant. | CASE NO. 1:23-CR-00002-ADA-BAM<br>1:19-CR-00175-ADA-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: May 10, 2023<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**BACKGROUND**

This case is set for a status conference on May 10, 2023. This Court should consider the following case-specific facts in finding excludable delay appropriate in this particular case under the ends-of-justice exception, § 3161(h)(7) (Local Code T4). If continued, this Court should designate a new date for the status conference. *United States v. Lewis,* 611 F.3d 1172, 1176 (9th Cir. 2010) (noting any pretrial continuance must be "specifically limited in time").

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for a status conference on May 10, 2023.

2.  By this stipulation, defendant now moves to continue the status conference until June 14, 2023, and to exclude time between May 10, 2023, and June 14, 2023, under 18 U.S.C. § 3161(h)(7)(A),

B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

    a) Discovery in this case includes police reports, bodycam footage from multiple officers, and photographic evidence. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for defendant desires additional time to consult with his client, review the current charges, review discovery, and to conduct investigation related to the charges.

    c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) The government and the defense counsel are in discussions about a potential plea to the underlying indictment. Government counsel has made a formal plea offer to the defendant. Additionally, the parties request to delay resolution of the TSR case until the parties are able to assess whether the charges in the indictment can be resolved through a plea agreement.

    e) The government does not object to the continuance.

    f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 10, 2023 to June 14, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  May 1, 2023                                        PHILLIP A. TALBERT
                                                                             United States Attorney

                                                                             /s/ ARIN C. HEINZ
                                                                             ARIN C. HEINZ
                                                                             Assistant United States Attorney

Dated:  May 1, 2023                                        /s/ DOUGLAS C. FOSTER
                                                                             DOUGLAS C. FOSTER
                                                                             Counsel for Defendant
                                                                             EMMANUELLE PADILLA

## ORDER

IT IS SO ORDERED that the status conference is continued from May 10 2023, to **June 14, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:  **May 1, 2023**                                /s/ Barbara A. McAuliffe
                                                                             UNITED STATES MAGISTRATE JUDGE