1  DOUGLAS C. FOSTER, CA #205674
   Law Offices of Douglas C. Foster
2  3185 M. Street; Suite 200
   Merced, CA  95348
3  Telephone: (209) 691-7280
   Fax: (209) 691-7290
4
   Attorney for Defendant
5  EMMANUELLE PADILLA

6

7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,         Case No. 1:19-CR-00175 and 1:23-CR-00002

11            Plaintiff,

12  vs.                                STIPULATION AND
                                       ORDER TO CONTINUE CHANGE OF PLEA
13  EMMANUELLE PADILLA,                HEARING

14            Defendant.

15  _____

16

17          IT IS HEREBY STIPULATED by and between the parties hereto, through their

18  respective counsel, that the hearing for defendant's change of plea in the above-captioned matter

19  now set for August 14, 2023, may be continued to September 18, 2023.

20          Counsel has had difficulty obtaining the client's signature on the change of plea

21  agreement due to Mr. Padilla's housing location and counsel's schedule. The defense asks that

22  time remain excluded until September 18, 2023. The parties additionally agree that time should

23  be excluded under 18 U.S.C. § 3161(h)(7)(A) to allow counsel for the defendant additional time

24  to consult with his client and review the current plea. Counsel for defendant believes that failure

25  to grant the above-requested continuance would deny them the reasonable time necessary for

26  effective preparation and review of the plea agreement. The government does not object to the

27  continuance.

28

IT IS SO SIPULATED:

PHILLIP A. TALBERT
United States Attorney

DATED: 8/8/23                          /s/ Arin Heinz_____
                                       ARIN HEINZ
                                       Assistant United States Attorney
                                       Attorney for Plaintiff

DATED: 8/8/23                          /s/ Douglas Foster_____
                                       DOUGLAS C. FOSTER
                                       Law Offices of Douglas C. Foster
                                       Attorney for Defendant
                                       EMMANUELLE PADILLA

## **ORDER**

IT IS SO ORDERED that the change of plea hearing in the above case shall be continued to September 18, 2023 at 8:30 a.m. It is further ordered that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 14, 2023 until September 18, 2023 will be deemed excludable because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: ___August 9, 2023___        _____
                                   UNITED STATES DISTRICT JUDGE