PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00002-ADA-BAM |
| --- | --- |
| Plaintiff, | 1:19-CR-00175-ADA-BAM |
| v. | STIPULATION REGARDING JOINT SENTENCING FOR RELATED CASES |
| EMMANUELLE PADILLA, | DATE: September 18, 2023 |
| Defendant. | TIME: 8:30 am |
| | COURT: Hon. Ana de Alba |

**BACKGROUND**

There are two related cases involving defendant Padilla that arise from the same incident: (1) a TSR violation petition (1:19-CR-00175-ADA-BAM); and (2) an indictment (1:23-CR-00002-ADA-BAM). On June 21, 2023, Padilla admitted to charges 3 and 5 of the violation petition (1:19-CR-00175-ADA-BAM), with the United States agreeing to dismiss the remaining charges of the petition at disposition. A change of plea is scheduled for September 18, 2023, to address the indictment (1:23-CR-00002-ADA-BAM). For the sake of judicial economy, the parties request to schedule disposition for 1:19-CR-00175-ADA-BAM and sentencing for 1:23-CR-00002-ADA-BAM at the same hearing.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

The parties request that disposition for 1:19-CR-00175-ADA-BAM and sentencing for 1:23-CR-

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

1 | 00002-ADA-BAM be held at the same hearing on November 13, 2023.

2 |     IT IS SO STIPULATED.

4 | Dated: August 24, 2023      PHILLIP A. TALBERT
United States Attorney

6 | /s/ ARIN C. HEINZ
ARIN C. HEINZ
Assistant United States Attorney

9 | Dated: August 24, 2023      /s/ DOUGLAS C. FOSTER
DOUGLAS C. FOSTER
Counsel for Defendant
EMMANUELLE PADILLA

13 | IT IS SO ORDERED.

14 | Dated:   August 29, 2023

UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2