PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EMMANUELLE PADILLA,<br><br>Defendant. | CASE NO. 1:19-CR-00175-ADA-BAM<br><br>STIPULATION AND ORDER<br><br>DATE: December 18, 2023<br>TIME: 9:30 am<br>COURT: Hon. Dale A. Drozd |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

**STIPULATION**

There are two cases involving this defendant that arise from the same factual basis. The indictment in this case is set for a change of plea (1:23-CR-0002) on January 22, 2024. Disposition on the TSR (1:19-CR-175) is scheduled for a different date, on December 18, 2023. The parties request to vacate Disposition on the TSR (1:19-CR-175) so it can be scheduled for a later date, at the same time as sentencing for 1:23-CR-0002. The parties request that sentencing for 1:23-CR-0002 remain scheduled for January 22, 2024. At that hearing, the parties will schedule sentencing for 1:23-CR-0002 and 1:19-CR at the same time.

IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

| | |
|---|---|
| Dated: December 12, 2023 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ ARIN C. HEINZ<br>ARIN C. HEINZ<br>Assistant United States Attorney |
| Dated: December 12, 2023 | /s/ DOUGLAS C. FOSTER<br>DOUGLAS C. FOSTER<br>Counsel for Defendant<br>EMMANUELLE PADILLA |

## ORDER

IT IS SO ORDERED that the status conference is continued from December 18, 2023, to **January 22, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated: **December 12, 2023**    /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE