PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00175-NODJ-BAM |
|---|---|
| Plaintiff, | 1:23-CR-00002-NODJ-BAM |
| v. | STIPULATION AND ORDER |
| EMMANUELLE PADILLA, | DATE: May 20, 2024 |
| Defendant. | TIME: 9:00 am |
| | COURT: Hon. William Q. Hayes |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

**STIPULATION**

By minute order, 1:19-CR-175 and 1:23-CR-2 (related cases) were scheduled for sentencing on May 20, 2024. The parties request additional time for sentencing in this case. The parties are in the process of seeking out additional evidence that is potentially relevant towards Mr. Padilla's sentence. Therefore, the parties request that sentencing be continued to July 15, 2024.

IT IS SO STIPULATED.

///

///

///

///

1

Dated: May 13, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ ARIN C. HEINZ
ARIN C. HEINZ
Assistant United States Attorney

Dated: May 13, 2024

/s/ DOUGLAS C. FOSTER
DOUGLAS C. FOSTER
Counsel for Defendant
EMMANUELLE PADILLA

## ORDER

IT IS SO ORDERED that the sentencing hearing is continued from May 20, 2024, to **July 15, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated: **May 13, 2024**

/s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

2