IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-2-NODJ/1:19-CR-175 |
|---|---|
| Plaintiff, | ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |
| v. | |
| EMMANUELLE PADILLA, | |
| Defendant. | |

Pursuant to Local Rule 141(b) and based upon the representation contained in the government's Request to Seal, IT IS HEREBY ORDERED that the United States' supplemental exhibit submitted in support of its sentencing memorandum (Dkt 38) pertaining to defendant EMMANUELLE PADILLA, and Request to Seal shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the government and counsel for the defendant.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the request, sealing the United States' exhibits serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests the United States identified would be harmed. In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing the United States' exhibits that would adequately protect the compelling interests identified.

DATED: July 10, 204.

_____
CHIEF UNITED STATES DISTRICT JUDGE